Tabetha A. Martinez, Esq. (NV14237)
Susan E. Gillespie, Esq. (NV 15227)
BURGER | MEYER LLP
999 Corporate Drive, Suite 220
Ladera Ranch, CA 92694
Telephone:  (949) 427-1888
Facsimile:  (949) 427-1889
Email: tmartinez@burgermeyer.com
       sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE ALINE LAZAIRE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC. d/b/a WALMART NEIGHBORHOOD MARKET; and DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive;<br><br>Defendants. | Case No.: 2:23-cv-00801-MMD-DJA<br>Hon. Miranda M. Du<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Julie Aline Lazaire (hereinafter "Plaintiff") and Defendant Walmart, Inc. dba Walmart (hereinafter "Defendant") hereby stipulate and agree that this case be dismissed, with prejudice, and that each party bear its own attorneys' fees and/or costs.

Entry of this Stipulation and Order will result in the dismissal of the entire action, with prejudice, as to all Defendants.

Dated: January 22, 2024

ATKINSON WATKINS & HOFFMANN

Matthew W. Hoffmann, Esq. (NV 9061)
Kathleen S. Villatoro, Esq. (NV 15829)
10789 W. Twain Ave., Suite 100
Las Vegas, NV 89135
Attorneys for Plaintiff
JULIE ALINE LAZAIRE

-2-

Dated: January 18, 2024

**BURGER | MEYER** LLP

*/s/ Susan Gillespie*
Tabetha A. Martinez, Esq.
Susan Gillespie, Esq.
400 South 4th St., Suite 500
Las Vegas, NV 89101
ATTORNEYS FOR DEFENDANTS,
WALMART, INC. dba WALMART

STIPULATION FOR DISMISSAL OF DEFENDANTS; ORDER THEREON

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY STIPULATED AND AGREED** that this case, including any and all claims brought by Plaintiff, is hereby dismissed with prejudice.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the Parties will bear their own attorney fees and costs. The Clerk of Court is directed to close this case.

DATED this 6th day of May 2024.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE